537 A.2d 812

**Harry SMITH and Nancy Smith, Appellees,**

v.

**CITY OF CHESTER and Delaware County Regional Water Authority, Appellants.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1987.

Decided Feb. 26, 1988.

Nicholas S. Lippincott, Media, for appellants.

Lawrence D. Finney, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

ZAPPALA, J., dissents and would reach the merits of the case.